JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNETTE PENNINGTON,<br><br>                Petitioner,<br><br>    v.<br><br>D.G. ADAMS,<br><br>                Respondent. | Case No. 2:17-cv-07004 JLS-SHK<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: October 14, 2021

                                          HONORABLE JOSEPHINE L. STATON
                                          United States District Judge